[No. 72238-7-I.   Division One.   August 24, 2015.]

SIMON OROS ET AL., *Respondents*, v. PAULA G. ANDERSON ET AL., *Appellants*.

by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Cox, J.

[No. 72403-7-I.   Division One.   August 24, 2015.]

KARON STEEPY, *Appellant*, v. WALKIN' THE DOGS & PET SERVICES, INC., ET AL., *Respondents*.

by unpublished opinion per Trickey, J., concurred in by Appelwick and Lau, JJ.

[No. 72417-7-I.   Division One.   August 24, 2015.]

THE CITY OF WOODINVILLE, *Respondent*, v. THE FOWLER PARTNERSHIP, *Appellant*.

by unpublished opinion per Appelwick, J., concurred in by Becker and Leach, JJ.

[No. 72496-7-I.   Division One.   August 24, 2015.]

JULIE ANN THOMAS, *Appellant*, v. J.R. LEVASSEUR ET AL., *Respondents*.

by unpublished opinion per Dwyer, J., concurred in by Becker and Appelwick, JJ.